UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLALOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>        Defendants. | No. 2:17-cv-1813 TLN AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    On October 22, 2019, the court ordered service of the complaint on defendants through the Court's E-Service pilot program. ECF No. 17. Service on behalf of defendant Gideon was not waived because he passed away on April 1, 2017, ECF No. 22, prior to the initiation of this action. On January 23, 2020, plaintiff was given ninety days to either voluntarily dismiss defendant Gideon or to move to substitute Gideon's estate for defendant Gideon. ECF No. 27. He was warned that failure to file a proper motion to substitute within the time provided would result in a recommendation that defendant Gideon be dismissed. Id. at 2. Ninety days have now passed and no motion for substitution has been filed.

    Accordingly, IT IS HEREBY RECOMMENDED that defendant Gideon be dismissed from this action.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days

after service of these findings and recommendations, any written objections may be filed with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 11, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE