UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLALOCK, | No. 2:17-cv-1813 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for an extension of time to submit discovery requests. ECF No. 34. It is unclear how long an extension plaintiff is seeking, as the number of days has been blacked out. Id.

The court recently extended the discovery deadline to August 18, 2020. ECF No. 33. However, the April 20, 2020 deadline for serving discovery requests was not extended at that time. Id. Although plaintiff has not explained why he did not request an extension of the deadline to serve discovery requests prior to its expiration, in light of the extension of the discovery period, the motion will be granted and the deadline to serve discovery requests will be extended to June 26, 2020. If plaintiff seeks a further extension, he must identify what discovery requests still need to be served (i.e. interrogatories, requests for production, requests for admissions), how much additional time he needs, why he needs the extra time, and why he has

1

not been able to serve the requests in the time he has already had.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time to serve discovery requests (ECF No. 34) is granted and plaintiff shall have until June 26, 2020, to serve discovery requests.

DATED: June 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2