IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| CHARLES BLALOCK,<br><br>Plaintiff,<br><br>v.<br><br>J. CLARK KELSO, M.E. SPEARMAN, R. MIRANDA, L. GIDEON,<br><br>Defendants. | Case No. 2:17-cv-01813 TLN AC P<br><br><u>ORDER</u> |

Defendant has filed a motion asking the court to extend the dispositive motion deadline in this action. ECF No. 43. The initial scheduling order provided that all pretrial motions were due on or before September 11, 2020. ECF No. 29. On August 25, 2020, the undersigned, following a motion for an extension of discovery, extended the deadline by 30 days. ECF No. 42. In the instant motion, defendant states that due to information presented during plaintiff's deposition, defendant now needs to request and review previously unreviewed medical records. ECF No. 43 at 1-2. Defendant requests an additional thirty days to review the records and provide plaintiff with a copy. <u>Id.</u>

////

1  GOOD CAUSE APPEARING, defendant's motion for extension of time is GRANTED.
2  The dispositive motion deadline shall be extended by thirty days.
3  DATED: October 9, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE