UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLALOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | No. 2:17-cv-1813 TLN AC P<br><br><br><br>ORDER |

On November 6, 2020, defendant filed a motion for summary judgment. ECF No. 45. Plaintiff has not clearly opposed the motion, and instead filed a document styled as a "Declaration of Information." ECF No. 46. It is unclear whether the declaration is intended as plaintiff's response to the motion, and plaintiff will therefore be given one more opportunity to file an opposition. If plaintiff does not file any further opposition, his declaration will be treated as his opposition to the summary judgment motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition.

////

////

////

1

2. Defendant may file a reply within seven days of the filing in CM/ECF of any response or, if no response is filed, within seven days of the deadline for filing a response.

DATED: December 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE