UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLALOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-01813-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 22, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. (ECF No. 51.) Both parties have filed objections to the findings and recommendations. (ECF Nos. 52, 53.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 22, 2021, (ECF No. 51), are adopted in full;

2. Defendant's motion for summary judgement, (ECF No. 45), is GRANTED in part and DENIED in part as follows:

    a. GRANTED as to the claim that Defendant delayed referring Plaintiff for an MRI and surgery.

    b. DENIED as to the claim that Defendant interfered with Plaintiff's pain management after Plaintiff's surgery.

3. This case proceeds on the claim that Defendant Miranda was deliberately indifferent by interfering with Plaintiff's pain management after Plaintiff's surgery.

**DATED:  November 18, 2021**

Troy L. Nunley
United States District Judge