UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLALOCK, | No. 2:17-cv-1813 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has requested clarification regarding when his settlement conference statement is due. ECF No. 59. Plaintiff's statement is due seven days before the settlement conference, which is currently scheduled for February 23, 2022. ECF No. 57. Accordingly, plaintiff's statement is due February 16, 2022. Plaintiff's settlement conference statement should be mailed early enough that the court receives it by February 16, 2022.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for clarification, ECF No. 59, is granted to the extent this order provides the clarification sought.

DATED: January 6, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE