UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLALOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | No.  2:17-cv-1813 TLN AC P<br><br><br><br>ORDER |

The parties in this case have filed a stipulated substitution of parties seeking to substitute the California Department of Corrections and Rehabilitation for defendant Miranda.  ECF No. 70. The request to substitute parties will be granted.  The California Department of Corrections and Rehabilitation and plaintiff have also stipulated to dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the stipulated dismissal will be honored.

Accordingly, IT IS HEREBY ORDERED that:

1.  The stipulated request to substitute the California Department of Corrections and Rehabilitation for defendant Miranda (ECF No. 70) is GRANTED and the Clerk of the Court is directed to update the docket accordingly.

////

////

////

1

2. This action is dismissed with prejudice in accordance with the parties' stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  <u>See</u> ECF No. 70.

DATED: June 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE